IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA HOPKINS,<br>*individually and on behalf of all others similarly situated,*<br><br>            Plaintiff,<br><br>vs.<br><br>DELL TECHNOLOGIES, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   Case No.: 3:22-cv-2464-DWD<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on September 11, 2023 (Doc. 34), as well as the Notice of Voluntary Dismissal (Doc. 33), this matter is **DISMISSED without prejudice** with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

**DATED: September 12, 2023**

                    MONICA A. STUMP, Clerk of Court

                    *s/ Dana M. Winkeler*
                    **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**